IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COHERUS BIOSCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-139 (RGA) |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Coherus BioSciences, Inc. ("Coherus") brought this action against Defendant Amgen Inc. ("Amgen") for infringement of U.S. Patent Nos. 10,155,039, 10,159,732, and 10,159,733 on January 24, 2019 (D.I. 1);

WHEREAS, Coherus amended its complaint to add U.S. Patent No. 10,207,000 on March 5, 2019 (D.I. 7);

WHEREAS, Amgen answered the amended complaint, asserted affirmative defenses, and filed counterclaims of non-infringement, invalidity, and unenforceability of the patents-in-suit on April 18, 2019 (D.I. 10);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1) All claims set forth in Coherus' amended complaint (D.I. 7) are dismissed with prejudice;

2) All counterclaims and affirmative defenses set forth in Amgen's answer, affirmative defenses, and counterclaims (D.I. 10) are dismissed as moot.

1

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Robert M. Oakes<br>Robert M. Oakes (#5217)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br>oakes@fr.com<br><br>*Attorney for Plaintiff*<br>*Coherus BioSciences, Inc.* | /s/ Brian P. Egan<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br><br>*Attorneys for Defendant*<br>*Amgen Inc.* |

Dated: November 25, 2019

SO ORDERED this 26 day of Nov., 2019

/s/ Richard G. Andrews
United States District Judge