IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COHERUS BIOSCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-139 (RGA) |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AMGEN INC.'S MOTION FOR A DETERMINATION OF EXCEPTIONAL CASE AND AN AWARD OF FEES PURSUANT TO 35 U.S.C. § 285**

Pursuant to 35 U.S.C. § 285, Defendant Amgen Inc. ("Amgen") hereby moves the Court to declare this case exceptional and award Amgen its reasonable attorneys' fees.[1]

The grounds for this motion are set forth in Amgen's opening brief submitted herewith.

A form Order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
(310) 557-8183

Christine L. Ranney
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202
(303) 298-5700

---

[1] Pursuant to D. Del. L.R. 7.1.1, Amgen avers that a reasonable effort has been made to reach agreement with Plaintiff Coherus Biosciences, Inc. on this motion, including oral communication involving the parties' Delaware counsel, but no agreement could be reached.

Andrew Robb
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5300

Ashbey Morgan
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201
(214) 698-3100

Wendy A. Whiteford
J. Drew Diamond
James A. High
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA  91320-1799
(805) 447-1000

December 9, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COHERUS BIOSCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-139 (RGA) |
| | ) |
| AMGEN INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER REGARDING ATTORNEYS' FEES**

WHEREAS, the Court has reviewed Defendant Amgen Inc.'s Motion for a Determination of Exceptional Case and an Award of Fees Pursuant to 35 U.S.C. § 285 and Plaintiff Coherus Biosciences, Inc.'s Opposition thereto;

IT IS HEREBY ORDERED that Defendant Amgen Inc.'s Motion is GRANTED. The Court finds that this is an exceptional case and that Amgen Inc. is entitled to reasonable attorneys' fees and related expenses for this litigation.

Amgen Inc. shall file an accounting of attorneys' fees no later than fourteen (14) days from the date of this Order.


This ___ day of _____, 2020.


                                                                                                 _____
                                                                                                  United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 9, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Robert M. Oakes, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Juanita R. Brooks, Esquire<br>W. Chad Shear, Esquire<br>Megan A. Chacon, Esquire<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Dexter J.S. Whitley, Esquire<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA  30309<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)